UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMANUEL DEMAR BURNS (#209255), ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 19 C 4353 |
| v. ) | |
| ) | Judge Sara L. Ellis |
| THE STATE OF ILLINOIS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Court transfers this action forthwith to the United States District Court for the Central District of Illinois, Urbana Division, for consideration of Plaintiff's complaint [1], and for whatever other action the transferee court deems appropriate. *See* 28 U.S.C. § 1404(a).

**STATEMENT**

Plaintiff Emanuel Demar Burns, a detainee at the Jerome Combs Detention Center in Kankakee, Illinois, brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983, on a Central District of Illinois form, regarding his arrest in Kankakee County by Kankakee police officers.

Under 28 U.S.C. § 1391(b), a civil action may be brought only in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
> (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

Kankakee County is located in the Central District of Illinois, Urbana Division. *See* 28 U.S.C. § 93(b). Venue thus lies in the Central District. "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Without expressing any opinion as to the merits of Burns' claims, the Court finds that venue does not exist in this district and that the Central District of Illinois is a more convenient forum. In the interests of justice and in accordance with 28 U.S.C. § 1404(a), the Court transfers this case to the Central District

of Illinois, Urbana Division.

Date: October 17, 2019 /s/ Sara L. Ellis