

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

October 17, 2019

Illinois Central District Court
United States Courthouse
201 South Vine Street, Room 218
Urbana, IL 61801-9919

Re:   Burns v. State of Illinois, The et al

USDC Case Number: 19-cv-4353

Dear Clerk:

Pursuant to the order entered by Honorable Ellis, on 10/17/2019, the above record was

☒   electronically transmitted to Central District of Illinois, Urbana Division

☐   paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By:   /s/ P. Harrison
Deputy Clerk

New Case No. _____   Date _____

cc:   Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016